UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY B. COLE,<br><br>      Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration,<br><br>      Defendant. | Case No. CV 07-795 PJW<br><br>J U D G M E N T |

    In accordance with the Memorandum Opinion and Order filed herewith,

    IT IS HEREBY ADJUDGED that the Agency's decision is reversed and the case is remanded to the Commissioner of Social Security for further proceedings consistent with the Memorandum Opinion and Order.

    DATED:    May 9, 2008    .

                                            _/s/ Patrick J. Walsh_
                                            PATRICK J. WALSH
                                            UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\COLE, L 795\Judgment.wpd