Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing_office@msn.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY B. COLE, | Case No.: CV 07-795 PJW |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

Denise Bourgeois Haley, as Plaintiff's assignee and subject to the reservation of

rights, the amount of four thousand dollars and no cents ($4,000.00), as authorized

by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:    7/7/08

___ *Patrick J. Walsh* _____

UNITED STATES MAGISTRATE JUDGE

-1-